IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| KENNETH LYNCH, #687452 § | |
| § | |
| V. § | CIVIL ACTION NO. G-04-031 |
| § | |
| R. MORRIS § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 19th day of July, 2006.

_____
Samuel B. Kent
United States District Judge